268 So.2d 679

Mrs. Grace Agnes CORNISH et al.

v.

KINDER CANAL COMPANY et al., David Crow, Trustee, and Irwin T. Muslow, Intervenors-Appellants.

No. 52980.

Nov. 28, 1972.

Writ denied. On the facts of this case the result is correct.

SUMMERS, J., is of the opinion the writ should be granted.

DIXON, J., is of the opinion the writ should be granted.